UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL TATE,<br><br>Plaintiff,<br><br>v.<br><br>REGIONAL ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No.: 4:18-cv-00629<br><br>Honorable Judge Gray H. Miller |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAEL TATE and the Defendant, REGIONAL ACCEPTANCE CORPORATION, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: November 5, 2018 | Respectfully Submitted, |
| MICHAEL TATE | REGIONAL ACCEPTANCE CORPORATION |
| */s/ Omar T. Sulaiman*<br>Omar T. Sulaiman<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave., Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>osulaiman@sulaimanlaw.com | */s/ Virginia Bell Flynn (with consent)*<br>Virginia Bell Flynn<br>*Counsel for Defendant*<br>Troutman Sanders LLP<br>4320 Fairfax Avenue<br>Dallas, Texas 75205<br>Phone: (804) 697-1480<br>Virginia.Flynn@troutman.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman