United States District Court
Southern District of Texas
**ENTERED**
November 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL TATE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-629 |
| | § | |
| REGIONAL ACCEPTANCE CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The agreed stipulation of dismissal with prejudice (Dkt. 13) is GRANTED.

Signed at Houston, Texas on November 29, 2018.

_____
Gray H. Miller
United States District Judge